File Hashes for IP Address 67.184.40.151

**ISP:** Comcast Cable
**Physical Location:** **Naperville, IL**

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/17/2013 22:15:51 | F5070BE220BC834CAD7F5A7765ABBF4182632C56 | **They Meet Again** |
| 09/30/2013 15:07:35 | E7C7467569ABF366E2FF56D06526C0A71CDD20EE | **Date Night at Home** |
| 09/28/2013 03:12:02 | DFB64ED831DC06FF85B0AF942F4429E6B7FD65A4 | **First and Forever** |
| 09/27/2013 23:24:16 | 93BDFE5206C0DDF69D1C1ECF584E06CA5A3D5712 | **Almost Famous** |
| 09/27/2013 19:52:38 | 4DCC20A5B9802673A06315D8CE5DB442283F75B2 | **Digital Love** |
| 09/27/2013 02:34:45 | F525B4919C929E31A8F6B3ED60AAA3B082372B3A | **Love with a View** |
| 09/19/2013 15:50:49 | 3C72C1965FC779FB34231AB4DD79D58BC19A3FC8 | **A Perfect Match** |
| 06/22/2013 19:04:43 | 45D93961A97C6E4C4EA0779523F4E07CD066BAC3 | **Model Couple** |
| 06/18/2013 19:19:43 | 712DB69FC93E37B82EE5A235498299B36C915756 | **Play Me** |
| 06/18/2013 15:58:59 | 28619CC146028C8527A8922CE2856FD7D1C86A43 | **What a Girl Wants Part #2** |
| 05/26/2013 00:50:54 | 794721F9813E280C0205E1C9EA1599A8C02684F5 | **Marry Me** |
| 05/24/2013 14:31:04 | A4D795A76474CAF3851995930672F13C9DE57306 | **Happy Birthday Capri** |
| 05/18/2013 14:36:13 | 700BAE499AF901E4ACC514D633FC90BD32A3F63A | **Together at Last** |
| 05/16/2013 01:14:14 | A2BF5A15EB2829E7B2F3EE3EDB37B963FAD86993 | **Falling For You** |
| 04/19/2013 16:51:43 | EF52C15B1476376800FDFE6E928A15EF8F81B375 | **Fashion Models** |
| 04/18/2013 16:48:23 | 9DB18296C4B8DA91E2707D6455EE12B007141BEA | **Old Enough to Know Better** |
| 04/15/2013 16:03:21 | DF1C2AEB1BC5F2B3813206A2CE34A06F3687D8C9 | **Bottoms Up** |
| 04/13/2013 01:12:20 | 3CF742CCACD3154F5AA3AFFFA0C53106C010357B | **Aspirations** |
| 04/07/2013 21:18:09 | 0F5C5EE804EFAC99EAAFCD34D3D1EB82521B90A1 | **Apartment Number Four** |

**Total Statutory Claims Against Defendant: 19**

EXHIBIT A

NIL207